IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANGELITO C. MERCADO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:19-cv-04208 |
| PEOPLEREADY STAFFING AGENCY, TESSA WETHERALD, AND SHAMRA TERRY, | ) ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA:

Defendants, PeopleReady, Inc. ("PeopleReady"),[1] Tessa Wetherald, and Shamra Terry (collectively "Defendants"), by and through the undersigned counsel, hereby give notice pursuant to 28 U.S.C §§ 1441 and 1446 of the removal to this Court of the action commenced against them in the Bartholomew Superior Court 2, In the County of Bartholomew, Indiana, Case No. 03D02-1909-PL-005159. In support of this removal, Defendants state as follows:

**I.   INITIAL PLEADINGS**

1. This action commenced on September 12, 2019, by the filing of a Complaint in the Bartholomew Superior Court 2, In the County of Bartholomew, Indiana, styled *Angelito C. Mercado v. PeopleReady, Staffing Agency, Tessa Wetherald, and Shamra Terry*, Case No. 03D02-1909-PL-005159 (the "State Court Action").

---

[1] Incorrectly named as PeopleReady Staffing Agency.

2. PeopleReady has not been served with the state court action, but having been made aware of the state court action, and in accordance with 28 U.S.C. 1446(b), PeopleReady timely files this Notice of Removal within thirty (30) days after having been made aware of the state court action.

3. Defendants Wetherald and Terry have not yet been served with the State Court Action.

4. Copies of all process, pleadings, and orders served upon PeopleReady are attached hereto as Exhibit A as required by 28 U.S.C. § 1446(a).

5. Attached hereto as Exhibit B is a copy of Plaintiff's Complaint.

6. PeopleReady has not yet entered an appearance in the State Court Action.

## II.   BASIS FOR REMOVAL

7. The Court has original jurisdiction of this action pursuant to 28 U.S.C. §§ 1441(a) and 1331 because the State Court Action alleges violations of laws of the United States.

8. Specifically, Plaintiff's State Court Action alleges eight causes of action, three of which allege violations of federal statutes: "(1) Violation of the Fair Labor Standards Act; (2) Violation of National Labor Relations Act; (3) Violation of Equal Protection Laws; (4) Deliberate Indifference; (5) Breach of Contract; (6) Negligent Misrepresentation; (7) Promissory Estoppel; and (8) Intentional Infliction of Emotional Distress" (Complaint, generally).

## III.   REMOVAL IS APPROPRIATE

9. Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, this removal is appropriate.

10. <u>Supplemental Jurisdiction</u>.  This court will retain supplemental jurisdiction over Plaintiff's state law clams under 28 U.S.C. § 1367(a).

11. Contemporaneous with the filing of this Notice, PeopleReady has given written notice to Plaintiff, who is unrepresented, and has also notified the Clerk for the Bartholomew Superior Court 2, In the County of Bartholomew, Indiana, of the action's removal. *See* 28 U.S.C. § 1446(d).

WHEREFORE, Defendants pray that this civil action be removed from the Bartholomew Superior Court 2, In the County of Bartholomew, Indiana, to the United State District Court for the Southern District of Indiana, and that no further proceedings be held in the Bartholomew Superior Court 2, In the County of Bartholomew, Indiana.

KIGHTLINGER & GRAY, LLP

By:  *s/ Marcia A. Mahony*
Marcia A. Mahony, ID No. 18779-49
*Attorney for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2019, the foregoing was served upon the following via Regular Mail, postage prepaid, as follows:

Angelito C. Mercado
Bartholomew County Jail
543 2nd Street
Columbus, IN 47201

*/s/Marcia A. Mahony*
Marcia A. Mahony

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
mmahony@k-glaw.com