# EXHIBIT A
# (State Court Record)

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## ANGELITO C MERCADO v. PEOPLE READY STAFFING AGENCY, SHAMRA TERRY, TESSA WETHERALD

| | |
|---|---|
| Case Number | 03D02-1909-PL-005159 |
| Court | Bartholomew Superior Court 2 |
| Type | PL - Civil Plenary |
| Filed | 09/12/2019 |
| Status | 09/12/2019 , Pending (active) |

### Parties to the Case

**Defendant**  PEOPLE READY STAFFING AGENCY
- Address: 236 CHESTNUT ST
  Columbus, IN 47201

**Defendant**  WETHERALD, TASHA *(Added in Error)*
- Removed: 09/12/2019 - Added in Error

**Defendant**  TERRY, SHAMRA
- Address: C/O PEOPLE READY STAFFING AGENCY
  236 CHESTNUT STREET
  Columbus, IN 47201

**Defendant**  Wetherald, Tessa Brianne *(Other)*
- Removed: 09/12/2019 - Other

**Defendant**  WETHERALD, TESSA
- Address: C/O PEOPLE READY STAFFING AGENCY
  236 CHESTNUT STREET
  Columbus, IN 47201

**Plaintiff**  MERCADO, ANGELITO C, Also Known As Mercado, Angelito
- Address: Bartholomew County Jail
  543 2nd Street
  Columbus, IN 47201
- Attorney: Pro Se

### Chronological Case Summary

**09/12/2019** **Case Opened as a New Filing**

**09/12/2019** **Appearance Filed**
pro se

| | |
|---|---|
| For Party: | MERCADO, ANGELITO C |
| File Stamp: | 09/12/2019 |

| 09/12/2019 | Motion for Fee Waiver Filed | |
|---|---|---|
| | Filed By: | MERCADO, ANGELITO C |
| | File Stamp: | 09/12/2019 |

| 09/12/2019 | Jury Trial Demand Filed | |
|---|---|---|
| | Filed By: | MERCADO, ANGELITO C |
| | File Stamp: | 09/12/2019 |

| 09/12/2019 | Complaint/Equivalent Pleading Filed | |
|---|---|---|
| | Filed By: | MERCADO, ANGELITO C |
| | File Stamp: | 09/12/2019 |

| 09/12/2019 | Order Granting Motion for Fee Waiver | |
|---|---|---|
| | \multicolumn{2}{l|}{The Petitioner, has filed a Verified Motion for Fee Waiver. IT IS THEREFORE, ORDERED that Petitioner may file this case without the pre-payment of any filing fees, costs, security, bond, or other expenses, BUT THAT COURT COSTS WILL BE ADDRESS PRIOR TO THIS MATTER BECOMING FINAL.} |
| | Noticed: | MERCADO, ANGELITO C |
| | Noticed: | PEOPLE READY STAFFING AGENCY |
| | Noticed: | TERRY, SHAMRA |
| | Noticed: | WETHERALD, TESSA |
| | Order Signed: | 09/12/2019 |

| 09/12/2019 | Service Issued |
|---|---|
| | tessa wetherald shamra terry service issued certified mail |

| 09/13/2019 | Automated Paper Notice Issued to Parties |
|---|---|
| | Order Granting Motion for Fee Waiver ---- 9/12/2019 : ANGELITO C MERCADO;PEOPLE READY STAFFING AGENCY;SHAMRA TERRY;TESSA WETHERALD |

| 09/18/2019 | Certified Mail Returned | |
|---|---|---|
| | \multicolumn{2}{l|}{Certificate of Service returned served to Tessa Wetherald} |
| | Date Signed: | 09/16/2019 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### MERCADO, ANGELITO C, Also Known As Mercado, Angelito
Plaintiff

Balance Due (as of 10/11/2019)
177.00

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 177.00 | 0.00 | 0.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 09/12/2019 | Transaction Assessment | 177.00 |

> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Angelito C. Mercado      Civil Plenary

V.      03D02-1909-PL-5159

People Ready Staffing Agency
Tessa Wetherald
Shamra Terry

## APPEARANCE

Comes now Plaintiff Angelito C Mercado makes An Appearance Pro-se and represents Himself in the above stated Cause. So said and filed this 10th day of September 2019

Angelito Mercado

FILED SEP 12 2019 CLERK BARTHOLOMEW CO. COURTS

⑧

Angelito C. Mercado          Civil Plenary

03D02-1909-PL-5159

v.

People Ready Staffing Agency
Tessa Wetherald
Shamra Terry

FILED
SEP 12 2019
CLERK
BARTHOLOMEW CO. COURTS

<u>Motion for fee waiver</u>

Comes now Plaintiff Angelito C. Mercado pleads to the Court and files a motion for fee waiver in the above stated cause. So said and filed this 10th day of September 2019

Angelito Mercado

SEP 12 2019
CLERK
BARTHOLOMEW CO COURTS

⑥

**FILED SEP 12 2019** CLERK BARTHOLOMEW CO. COURTS

Plantiff is suing for violation of federal law USC 28 Section 1331 and State Law

Plantiff makes JURY TRIAL Demand

03D02-1909-PL-5159

## Prayer for Relief

Plantiff request the amount of $100,000.00 from Each Defendant

So said and filed this 10th day of September 2019

Angelito Mercado

Angelito Mercado
Bartholomew County Jail
543 2nd St
Columbus, Ind 47201

⑨

**FILED SEP 12 2019** — Clerk Bartholomew Co. Courts

03D02-1909-PL-5159

## Affidavit of Indigency

I Angelito C. Mercado swear and Affirm under the Penalty of perjury that I am a Inmate at the Bartholomew County Jail, am unemployed and without any Income. have no Bank accounts and own no stock or Bonds or have anything of value and therefore Am Indigent. So Said And sworn this 10th day of September 2019

Angelito Mercado

Bartholomew Superior 2       Civil Plinary

03D02-1909-PL-5159

Angelito C. Mercado

v.

People Ready Staffing Agency
Tessa Wetherald
Shamra Terry

FILED
SEP 12 2019
CLERK
BARTHOLOMEW CO. COURTS

## Complaint

Parties.

Plaintiff Angelito C. Mercado is a Citizen of Indiana And resides at the Bartholomew County Jail 543 2nd Columbus, Ind 47201

Defendants Tessa Wetherald and Shamra Terry Are Employed By People Ready Staffing Agency at 236 Chestnut Street Columbus, Ind 47201

FILED
SEP 12 2019
CLERK
BARTHOLOMEW CO. COURTS

②

03D02-1909-PL-5159

## Statement of Claim

The Plaintiff brings this suit against the named Defendants for violation of His Civil Rights and violation of state and federal law. The plaintiff was hired May 8th 2019 to perform a job in Bloomington Indiana. The Plaintiff was told by Tessa Wetherald and Shamra Terry that he would receive $40.00 a day travel fee. After the second day of labor the plaintiff was told by People Ready staff that Corporate made a mistake and would not be paying the travel fee. This act amounts to "Breach of Contract" "Fraudulent Misrepresentation" and a violation of the Fair Labor Standards Act. The named Defendants failed to maintain proper records of Hours, wages, or other wage items kept in a Business practice. The plaintiff finished His assignment and refused anymore assignments from people ready. On or about June 12 the Plaintiff was contacted by Tessa Wetherald to take another job assignment. At this time the plaintiff was hired on full time as head cook at Holiday Inn and the Plaintiff explained to Mrs. Wetherald that he would only quit His job to work for People Ready if the pay was greater than the pay and Benefits the Plaintiff received at Holiday Inn. Tessa Wetherald and Shamra

③

Terry Promised the Plaintiff $13.00 an Hour at Cummins and the plaintiff quit his Job at Holiday Inn And started the Cummins Job. Before the start of the Job the Plaintiff along with 4 other referalls had to apply online for the Cummins position. TESSA Wetherald and Shamra Terry ordered the Plaintiff and His 4 referals to lie about the Criminal Background on the application process and Ms. Wetherald Bypassed Drug screens for all 5 Individuals to Be able to place them at the Cummins Plant in Walesborrow. the first 2 weeks of Employment the plaintiff failed to receive his pay stubs and when he finally did he noticed the Hourly pay WAS only $12.00. the Plaintiff Complained to his Supervisor at Cummins JAMES Batiz who then informed his superiors of what People Ready WAS doing. the Plaintiff Complained to people Ready And After a week of Complaints the Plaintiff WAS credited with 49 Hours at $13.00 instead of $12.00 But the plaintiffs first check for 24 Hours WAS only given at $12.00 an Hour. the Plaintiff again Complained And staff AT People Ready Told the Plaintiff for his first 24 Hours he WAS only making $12.00 An Hour

④

And had only gotten a raise of a $1.00 on his second week so he would not be compensated. Tessa Wetherald and Shamra Terry told the Plaintiff not to discuss his hourly pay with the supervisor James Batiz any longer and Tessa Wetherald texed supervisor Batiz and told him to stop discussing hourly pay with their employees and made threats to supervisor Batiz that she "knew people". People Ready as an agency is responsible for joint employment and has functional control over its employees and workers and is liable for damages to the Plaintiff because of its employees Mrs. Wetherald and Ms. Terry who violated state and federal law and the Plaintiffs Civil Rights

Lieing to the Plaintiff about his hourly pay and causing him to quit a job based on information that was not true amounts to breach of contract, fraudulent misrepresentation, promissary estoppel and a violation of federal law fair standard labor act. Telling the Plaintiff not to discuss hourly pay and punishing the Plaintiff by not giving him anymore assignments is a violation of the National Labor Relations Act

(5)

having the Plaintiff lie about his Background and Bypass his drug screen to place him in Employment he is not otherwise eligible is a violation of Both State and federal Law and Amounts to fraud, deliberate Indifference violation of fair labor standards Act and a violation of Equal protection law. the Plaintiff is owed for unpaid wages plus liquidation and Interest and Also for Damages due to Injury and the violation of the Plaintiffs Civil Rights.

the Plaintiff Charges all named Defendants with     Count 1. Violation of fair labor Standard Act
Count 2. Violation of national labor relations Act
Count 3. Violation of Equal Protection Law
Count 4. Deliberate Indifference
Count 5. Breach of Contract
Count 6. negligent Misrepresentation
Count 7. Promissary Estoppel
Count 8. Intentional Infliction of Emotional Distress.

All Claims Causing Injury By loss of liberty, Emotional Distress and mental Anguish.

STATE OF INDIANA        ) IN THE BARTHOLOMEW SUPERIOR COURT 2
                        ) SS:
COUNTY OF BARTHOLOMEW) CAUSE NUMBER 03D02-1909-PL-5159

ANGELITO C. MERCADO,
    Plaintiff

-vs-

PEOPLE READY STAFFING AGENCY
TESSA WETHERALD
SHAMRA TERRY,
    Defendants

## ORDER ON FEE WAIVER

The Petitioner, has filed a Verified Motion for Fee Waiver.

**IT IS THEREFORE, ORDERED** that Petitioner may file this case without the pre-payment of any filing fees, costs, security, bond, or other expenses, **BUT THAT COURT COSTS WILL BE ADDRESS PRIOR TO THIS MATTER BECOMING FINAL.**

Dated: September 12, 2019

_____
JUDGE, KATHLEEN TIGHE CORIDEN
BARTHOLOMEW SUPERIOR COURT 2

Copies to:

Petitioner

Plaintiff: Bartholomew Superior 2    Civil Plenary
Angelito C. Mercado           03D02-1904-PL-05159
543 2nd
Columbus, Ind 47201              Summons
                                    XXX

Defendants:
People Ready Staffing Agency
Tessa Wetherald
Shamra Terry
236 Chestnut St
Columbus, Ind 47201

Serve: People Ready Staffing
  To:  Tessa Wetherald
       Shamra Terry
       236 Chestnut St
       Columbus, Ind 47201

Serve Summons on Behalf of Plaintiff: Angelito Mercado
                                      543 2nd
                                      Columbus, Ind 47201

Plaintiff Angelito C. Mercado to the named Defendants you are hereby being sued in the above named court. Failure to answer the Complaint in 30 days could result in Default Judgment against you.

SEP 1 2 2019        Jay Phelps           [signature]
Date                Clerk                9-10-19


UNITED STATES POSTAL SERVICE

September 17, 2019



Dear BARTH CLERK: 03D02-1909-PL-5159
NO CURRENT HEARING

The following is in response to your request for proof of delivery on your item with the tracking number: 9214 8901 9403 8389 9651 14.

### Item Details

| | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | September 16, 2019, 12:14 pm |
| Location: | COLUMBUS, IN 47201 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | TESSA WETHERALD |

### Shipment Details

Weight: 1.0oz

### Recipient Signature

Signature of Recipient: *[signature] Shumra Terry*

Address of Recipient: *256 Chestnuts Col*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004